

2003 OCT 24  P 12: 36

US DISTRICT COURT
HARTFORD CT

UNITES STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CATHERINE SANTOSSIO, ET AL<br>Plaintiffs | : <br> : | CIVIL ACTION NO.:<br>3:01CV01460 (RNC) |
| VS. | : | |
| CITY OF BRIDGEPORT, ET AL<br>Defendants. | : <br> : | OCTOBER 23, 2003 |

## MOTION FOR EXTENSION OF TIME
## TO FILE SUMMARY JUDGMENT

The Defendants, Thomas Sweeney, Hector Torres, Robert Studivant, Arthur Carter and City of Bridgeport, respectfully move for an extension of time of five days to November 4, 2003, to file their summary judgment in the above referenced matter which is currently due on October 30, 2003. The undersigned is cognizant that this Court when granting the last extension of time of thirty days to October 30, 2003 indicated that no further extensions would be granted. However, for the following reasons the additional five days is needed so that the Defendants can file a complete and proper Motion with this Court.

1. Counsel for the Defendants was required to file responses to three CHRO matters due on October 22, 2003 in the matters of Johanna Georgia v.

City of Bridgeport Fire Department, Johanna Georgia v. Michael Maglione and Johanna Georgia vs. Deputy Chief Patrick Shevlin. Preparing responses to these complaints took time away from working on the Summary Judgment Motion.

2. Counsel for the Defendants is handling a CHRO matter entitled Negron v. City of Bridgeport, Fire Department, et al and an answer is due on that matter on October 31, 2003, which already includes the granting of an extension of time. This has and will take time away from completing the summary judgment motion by October 30, 2003.

3. Counsel for the Defendants has a scheduled CHRO hearing for November 3, 2003 in the matter of Tuozzoli vs. City of Bridgeport and counsel will need time to prepare for that hearing which will interfere with counsel's ability to complete summary judgment by October 30, 2003.

4. Counsel has a scheduled deposition in the matter of Aponte vs. Golas, a matter pending in the Bridgeport Superior Court for October 28, 2003 of Police Officer Pat Feola. The deposition in this case must go forward on that day because it has summary judgment implications that are currently pending before

the Bridgeport Superior Court. Obviously, attending this deposition will interfere with completing the summary judgment motion.

5. Counsel represents that he has substantially completed many aspects of the summary judgment motion including near completion of the undisputed Statement of Facts and Brief. The undersigned is also composing proposed Affidavits to be filed in support of Summary Judgment, however, all of the Defendants that are being represented by the undersigned no longer work for the City of Bridgeport and Defendant Hector Torres resides in South Carolina which has delayed that process.

6. Attorney John Mitola who is representing the Defendants and his wife gave birth to a newborn baby boy on September 27, 2003 and obviously those circumstances over the last month have required additional time out of the office which interfered with completing the summary judgment motion.

7. This is the third Motion to extend the filing deadline, however, the first two requested thirty days and the present Motion is only requesting five additional days.

8.  Attorney Susan King Shaw, plaintiff's counsel, has been contacted regarding the extension of time requested in this Motion and consents to the same.

9.  Thomas W. Bucci, Defendant Otero's attorney, has been contacted regarding the extension of time requested in this Motion and consents to the same.

WHEREFORE, the above named Defendants request that this Motion be granted.

THE DEFENDANTS

BY
John R. Mitola
Associate City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Telephone No.: (203) 576-7647
CT FED BAR NO.: 04017

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to Susan King Shaw, Esq., King & Shaw, 94 Prospect Street, 1st floor,