UNITES STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CATHERINE SANTOSSIO, ET AL | : | CIVIL ACTION NO.: |
| Plaintiffs | : | 3:01CV01460 (RNC) |
| VS. | : | |
| CITY OF BRIDGEPORT, ET AL | : | |
| Defendants. | : | OCTOBER 23, 2003 |

MOTION FOR EXTENSION OF TIME
TO FILE SUMMARY JUDGMENT

The Defendants, Thomas Sweeney, Hector Torres, Robert Studivant, Arthur Carter and City of Bridgeport, respectfully move for an extension of time of five days to November 4, 2003, to file their summary judgment in the above referenced matter which is currently due on October 30, 2003. The undersigned is cognizant that this Court when granting the last extension of time of thirty days to October 30, 2003 indicated that no further extensions would be granted. However, for the following reasons the additional five days is needed so that the Defendants can file a complete and proper Motion with this Court.

1.  Counsel for the Defendants was required to file responses to three CHRO matters due on October 22, 2003 in the matters of Johanna Georgia v.

November 5, 2003. Denied as moot. So ordered.

Robert N. Chatigny, U.S.D.J.