


## UNITES STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CATHERINE SANTOSSIO, ET AL | : | CIVIL ACTION NO.: |
| Plaintiffs | : | 3:01CV01460 (RNC) |
| VS. | : | |
| CITY OF BRIDGEPORT, ET AL | : | |
| Defendants. | : | NOVEMBER 4, 2003 |

### MOTION FOR SUMMARY JUDGMENT

The defendants, Thomas Sweeney, Hector Torres, Robert Studivant, Arthur Carter and City of Bridgeport, respectfully move for summary judgment. Attached in support of this Motion is Defendants' Brief, Rule 56(1)(a) Statement of Facts and documentary evidence.

WHEREFORE, the above named Defendants request that this Motion for Summary Judgment be granted.

THE DEFENDANTS

BY
John R. Mitola
Associate City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Telephone No.: (203) 576-7647
CT FED BAR NO.: 04017

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to Susan King Shaw, Esq., King & Shaw, 94 Prospect Street, 1st floor, New Haven, Connecticut 06511 and Thomas W. Bucci, Esq., Willinger, Willinger & Bucci, 855 Main Street, Bridgeport, Connecticut 06604, on this 4th day of November, 2003.

_____
John R. Mitola
Commissioner of the Superior Court