FILED

2003 NOV -4  P 4:41

U.S. DISTRICT COURT
HARTFORD CT

## UNITES STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CATHERINE SANTOSSIO, ET AL **Plaintiffs** | : : | CIVIL ACTION NO.: 3:01CV01460 (RNC) |
| VS. | : | |
| CITY OF BRIDGEPORT, ET AL **Defendants.** | : : | NOVEMBER 4, 2003 |

### MOTION FOR PERMISSION TO
### FILE BRIEF IN EXCESS OF 40 PAGES

The defendants, Thomas Sweeney, Hector Torres, Robert Studivant, Arthur Carter and City of Bridgeport, respectfully request that it be allowed to file a brief in support of summary judgment of more than 40 pages. The defendants' brief is 89 pages long. However, this case involves two plaintiffs with two distinct and separate claims alleged against six defendants. If each plaintiff filed a separate lawsuit then the briefs in support of summary judgment on those suits would total approximately the 40 page limit. Also, the fact that plaintiffs make individual claims against six individual defendants contributes to the length of the summary judgment brief. Therefore, it is submitted to this Court that this request is not unreasonable.

The undersigned has not been able to ascertain whether plaintiff consents or objects to this Motion.

WHEREFORE, the above named defendants request that this Motion be granted.

THE DEFENDANTS

BY: _____
John R. Mitola
Associate City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Telephone No.: (203) 576-7647
CT FED BAR NO.: 04017

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to Susan King Shaw, Esq., King & Shaw, 94 Prospect Street, 1st floor, New Haven, Connecticut 06511 and Thomas W. Bucci, Esq., Willinger, Willinger & Bucci, 855 Main Street, Bridgeport, Connecticut 06604, on this 4th day of November, 2003.

_____
John R. Mitola
Commissioner of the Superior Court

H-JRM#14-03-R                              2