FILED

2003 DEC -3 A 10: 33

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CATHERINE SANTOSSIO, ET AL<br>     Plaintiffs | :<br>:<br>: |
| VS. | :   CASE NO. 3:01CV1460 (RNC)<br>: |
| CITY OF BRIDGEPORT, ET AL.,<br>     Defendants | :   DECEMBER 2, 2003 |

**MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT, NUNC PRO TUNC**

The plaintiffs in the above-captioned matter hereby respectfully move for an extension of time until January 31, 2004 within which to file their opposition to the Motion for Summary Judgment filed by the defendants Thomas Sweeney, Hector Torres, Robert Studivant, Arthur Carter and City of Bridgeport. The requested extension is necessary for the following reasons:

1. The defendants' memorandum in support of the motion for summary judgment is approximately ninety pages long and is accompanied by a forty-five page 56(1)(a) Statement and two large volumes of exhibits. Despite due diligence, the plaintiffs' counsel requires additional time within which to prepare the opposition and to respond adequately to all of the arguments made therein.

2. Counsel for the plaintiff was scheduled to commence an extensive jury trial during the first week of November (<u>Doe v. Canterbury School, et al</u>) in Superior Court in New Haven. Trial preparation and an unusually busy court schedule took time away from working on the response to the defendants' Motion for Summary Judgment.

3. Counsel for the plaintiff is currently scheduled to start another trial in New Haven Superior on December 9 and has vacation time scheduled during the last two weeks of December. Plaintiff's counsel anticipates that these matters will take time away from completing the response during the month of December.

4. Counsel for the plaintiffs represents that she has commenced work on the response and will need additional time to compose affidavits to be filed in opposition to the defendants' motion. Counsel anticipates that holiday and vacation time will interfere with a more timely completion of this process.

5. This is the first Motion seeking an extension of time within which to file a response to the defendants' Motion for Summary Judgment. Attorney John Mitola has been contacted regarding the extension of time requested in this Motion and has no objection to the same.  Attorney Thomas Bucci, who represents the defendant, Otero, has been contacted regarding the extension of time and has no objection to the same.

WHEREFORE, the plaintiffs request that this Motion be granted.

THE PLAINTIFF

BY: /s/ Susan King Shaw
Susan King Shaw
KING AND SHAW, LLC
94 Prospect Street
New Haven, CT 06511
(203) 784-0329
skshaw@kingandshaw.com
Federal Bar No. 00413

## CERTIFICATION

This is to certify that I caused a copy of the foregoing Motion for Extension of Time to be mailed, U.S. Postage pre-paid, to Thomas W. Bucci, Esq., Willinger, Willinger & Bucci, P.C. 855 Main Street, Bridgeport, CT 06604 and to John Richard Mitola, Esq., Office of the City Attorney, 999 Broad Street, 2nd Floor, Bridgeport, CT 06604.

Dated: December 2, 2003

/s/ Susan King Shaw
Susan King Shaw