FILED

2004 JAN 27 A 10: 14

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CATHERINE SANTOSSIO, ET AL<br>Plaintiffs | :<br>:<br>: |
| VS. | :   CASE NO. 3:01CV1460 (RNC)<br>: |
| CITY OF BRIDGEPORT, ET AL.,<br>Defendants | :   JANUARY 26, 2004<br>: |

**MOTION FOR EXTENSION OF TIME**
**WITHIN WHICH TO RESPOND TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

The plaintiffs in the above-captioned matter hereby respectfully move for an extension of time until February 13, 2004 within which to file their opposition to the Motion for Summary Judgment filed by the defendants Thomas Sweeney, Hector Torres, Robert Studivant, Arthur Carter and City of Bridgeport. The requested extension is necessary for the following reasons:

1. The defendants' memorandum in support of the motion for summary judgment is approximately ninety pages long and is accompanied by a forty-five page 56(1)(a) Statement and two large volumes of exhibits. Despite due diligence, the plaintiffs' counsel requires additional time within which to complete the opposition and to respond adequately to all of the arguments made therein. The length of the motion, together

with the variety and complexity of the issues raised therein, demand a labor intensive response.

2. Counsel for the plaintiffs has had a busy court and trial schedule during the month of January and is currently scheduled to commence a trial on January 28, 2004 in the Bridgeport Superior Court. Counsel's court schedule during January took time away from working on the response to the defendants' Motion for Summary Judgment.

3. Counsel for the plaintiffs represents that she has commenced work on the response and will need additional time to compose affidavits to be filed in opposition to the defendants' motion. Counsel anticipates that being able to complete this process by February 13, 2004.

4. This is the second Motion seeking an extension of time within which to file a response to the defendants' Motion for Summary Judgment. Attorney John Mitola has been contacted regarding the extension of time requested in this Motion and has no objection to the same. Attorney Thomas Bucci, who represents the defendant, Otero, has been contacted regarding the extension of time and has no objection to the same.

WHEREFORE, the plaintiffs request that this Motion be granted.

THE PLAINTIFF

BY: /s/ Susan King Shaw
Susan King Shaw
KING AND SHAW, LLC
94 Prospect Street
New Haven, CT 06511
(203) 784-0329
skshaw@kingandshaw.com
Federal Bar No. 00413

**CERTIFICATION**

This is to certify that I caused a copy of the foregoing Motion for Extension of Time to be mailed, U.S. Postage pre-paid, to Thomas W. Bucci, Esq., Willinger, Willinger & Bucci, P.C. 855 Main Street, Bridgeport, CT 06604 and to John Richard Mitola, Esq., Office of the City Attorney, 999 Broad Street, 2nd Floor, Bridgeport, CT 06604.

Dated: January 26, 2004

/s/ Susan King Shaw