01cv1460mext

FILED

2004 JAN 27 A 10: 14

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CATHERINE SANTOSSIO, ET AL<br>Plaintiffs | : |
| VS. | : CASE NO. 3:01CV1460 (RNC) |
| CITY OF BRIDGEPORT, ET AL.,<br>Defendants | : JANUARY 26, 2004 |

**MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

The plaintiffs in the above-captioned matter hereby respectfully move for an extension of time until February 13, 2004 within which to file their opposition to the Motion for Summary Judgment filed by the defendants Thomas Sweeney, Hector Torres, Robert Studivant, Arthur Carter and City of Bridgeport. The requested extension is necessary for the following reasons:

1. The defendants' memorandum in support of the motion for summary judgment is approximately ninety pages long and is accompanied by a forty-five page 56(1)(a) Statement and two large volumes of exhibits. Despite due diligence, the plaintiffs' counsel requires additional time within which to complete the opposition and to respond adequately to all of the arguments made therein. The length of the motion, together

1/27/04 hand. to attend.

FILED 2004 JAN 28 P 12: 13
U.S. DISTRICT COURT
HARTFORD, CT.