UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CATHERINE SANTOSSIO, ET AL
    Plaintiffs

VS.

CITY OF BRIDGEPORT, ET AL.,
    Defendants

CASE NO. 3:01CV1460 (RNC)

FEBRUARY 9, 2004

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiffs in the above-captioned matter hereby respectfully move for an additional seven-day extension of time until February 20, 2004 within which to file their opposition to the Motion for Summary Judgment filed by the defendants Thomas Sweeney, Hector Torres, Robert Studivant, Arthur Carter and City of Bridgeport. The requested extension is necessary for the following reasons:

1. The defendants' memorandum in support of the motion for summary judgment is approximately ninety pages long and is accompanied by a forty-five page 56(1)(a) Statement and two large volumes of exhibits. Despite due diligence, the plaintiffs' counsel requires additional time within which to complete the opposition and to respond adequately to all of the arguments made therein. The length of the motion, together

with the variety and complexity of the issues raised therein, demand a labor intensive response.

2. Counsel for the plaintiffs was scheduled to commence a domestic relations trial on February 9, 2004 in the Bridgeport Superior Court. Plaintiffs' counsel also has a court engagement in New Haven Superior Court on Wednesday, February 11 and is scheduled to commence jury selection in New Haven on February 18, 2004 in a case that is unlikely to settle. In view of this schedule, Counsel requires the additional seven days to complete the memorandum in opposition.

3. This is the third Motion seeking an extension of time within which to file a response to the defendants' Motion for Summary Judgment. Attorney John Mitola has been contacted regarding the extension of time requested in this Motion and has no objection to the same. Attorney Thomas Bucci, who represents the defendant, Otero, has been contacted regarding the extension of time and has no objection to the same.

WHEREFORE, the plaintiffs request that this Motion be granted.

THE PLAINTIFF

BY: _____
Susan King Shaw
KING AND SHAW, LLC
94 Prospect Street
New Haven, CT 06511
(203) 784-0329
skshaw@kingandshaw.com
Federal Bar No. 00413

## CERTIFICATION

This is to certify that I caused a copy of the foregoing Motion for Extension of Time to be mailed, U.S. Postage pre-paid, to Thomas W. Bucci, Esq., Willinger, Willinger & Bucci, P.C. 855 Main Street, Bridgeport, CT 06604 and to John Richard Mitola, Esq., Office of the City Attorney, 999 Broad Street, 2nd Floor, Bridgeport, CT 06604.

Dated: February 9, 2004

_____
Susan King Shaw