February 11, 2004. Granted. Counsel are reminded that motions for extension of time must be filed 5 days prior the deadline in question. So ordered.

Robert N. Chatigny, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CATHERINE SANTOSSIO, ET AL
    Plaintiffs

VS.

CITY OF BRIDGEPORT, ET AL.,
    Defendants

CASE NO. 3:01CV1460 (RNC)

FEBRUARY 9, 2004

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiffs in the above-captioned matter hereby respectfully move for an additional seven-day extension of time until February 20, 2004 within which to file their opposition to the Motion for Summary Judgment filed by the defendants Thomas Sweeney, Hector Torres, Robert Studivant, Arthur Carter and City of Bridgeport. The requested extension is necessary for the following reasons:

1. The defendants' memorandum in support of the motion for summary judgment is approximately ninety pages long and is accompanied by a forty-five page 56(1)(a) Statement and two large volumes of exhibits. Despite due diligence, the plaintiffs' counsel requires additional time within which to complete the opposition and to respond adequately to all of the arguments made therein. The length of the motion, together