FILED

2004 FEB 20 P 3: 50

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CATHERINE SANTOSSIO, ET AL<br>Plaintiffs | :<br>:<br>: |
| VS. | :  CASE NO. 3:01CV1460 (RNC)<br>: |
| CITY OF BRIDGEPORT, ET AL.,<br>Defendants | :  FEBRUARY 20, 2004 |

**MOTION FOR FINAL EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

The plaintiffs in the above-captioned matter hereby respectfully move for a final seven-day extension of time until February 27, 2004 within which to file their opposition to the Motion for Summary Judgment filed by the defendants Thomas Sweeney, Hector Torres, Robert Studivant, Arthur Carter and City of Bridgeport. The requested extension is necessary for the following reasons:

1. The defendants' memorandum in support of the motion for summary judgment is approximately ninety pages long and is accompanied by a forty-five page 56(1)(a) Statement and hundreds of pages of exhibits. The factual and legal issues are complex and required careful and thorough briefing. It has taken the plaintiffs' counsel substantially longer than anticipated to respond adequately to the 143 Statements of

Facts in the defendants' Local Rule 56(a)(1) Statement. The plaintiffs' counsel has completed the Rule 56(a)(2) Statement and has nearly completed the Memorandum in Opposition to the Motion for Summary Judgment; however, despite due diligence, the plaintiffs' counsel requires additional time within which to complete and file the memorandum. Counsel believes that she will be able to complete and file the motion prior to February 27, but seeks an additional seven days out of an abundance of caution.

2. This is the fourth, and will be the final, motion seeking an enlargement of time within which to file a response to the defendants' Motion for Summary Judgment. Attorney John Mitola has been contacted regarding the extension of time requested in this Motion and has no objection to the same. Attorney Thomas Bucci, who represents the defendant, Otero, has been contacted regarding the extension of time and has no objection to the same.

WHEREFORE, the plaintiffs request that this Motion be granted.

THE PLAINTIFF

BY: _____
Susan King Shaw
KING AND SHAW, LLC
94 Prospect Street
New Haven, CT 06511
(203) 784-0329
skshaw@kingandshaw.com
Federal Bar No. 00413

### CERTIFICATION

This is to certify that I caused a copy of the foregoing Motion for Extension of Time to be mailed, U.S. Postage pre-paid, to Thomas W. Bucci, Esq., Willinger, Willinger & Bucci, P.C. 855 Main Street, Bridgeport, CT 06604 and to John Richard Mitola, Esq., Office of the City Attorney, 999 Broad Street, 2nd Floor, Bridgeport, CT 06604.

Dated: February 20, 2004

_____
Susan King Shaw