*February 24, 2004. Granted. Further extensions of this deadline will not be granted. So ordered.*
*Robert N. Chatigny, U.S.D.J.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CATHERINE SANTOSSIO, ET AL<br>Plaintiffs | : |
| VS. | : CASE NO. 3:01CV1460 (RNC) |
| CITY OF BRIDGEPORT, ET AL.,<br>Defendants | : FEBRUARY 20, 2004 |

## MOTION FOR FINAL EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiffs in the above-captioned matter hereby respectfully move for a final seven-day extension of time until February 27, 2004 within which to file their opposition to the Motion for Summary Judgment filed by the defendants Thomas Sweeney, Hector Torres, Robert Studivant, Arthur Carter and City of Bridgeport. The requested extension is necessary for the following reasons:

1. The defendants' memorandum in support of the motion for summary judgment is approximately ninety pages long and is accompanied by a forty-five page 56(1)(a) Statement and hundreds of pages of exhibits. The factual and legal issues are complex and required careful and thorough briefing. It has taken the plaintiffs' counsel substantially longer than anticipated to respond adequately to the 143 Statements of