UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CATHERINE SANTOSSIO, ET AL.<br>Plaintiffs | : |
| VS. | : CASE NO. 3:01CV1460 (RNC) |
| CITY OF BRIDGEPORT, ET AL.,<br>Defendants | : FEBRUARY 27, 2004 |

## MOTION FOR PERMISSION TO FILE BRIEF IN EXCESS OF 40 PAGES

Pursuant to Rule 7(a)2 of the Local Rules of Civil Procedure, the plaintiffs in the above-captioned matter hereby respectfully request that the Court grant them permission to file a Memorandum of Law in excess of 40 pages in connection with the above-captioned matter.

THE PLAINTIFFS

BY: /s/
Susan King Shaw
KING AND SHAW, LLC
94 Prospect Street
New Haven, CT 06511
(203) 784-0329
skshaw@kingandshaw.com
Federal Bar No. 00413

## CERTIFICATION

This is to certify that I caused a copy of the foregoing Motion for Extension of Time to be mailed, U.S. Postage pre-paid, to Thomas W. Bucci, Esq., Willinger, Willinger & Bucci, P.C. 855 Main Street, Bridgeport, CT 06604 and to John Richard Mitola, Esq., Office of the City Attorney, 999 Broad Street, 2nd Floor, Bridgeport, CT 06604.

Dated: February 27, 2004

Susan King Shaw