UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CATHERINE SANTOSSIO, ET AL  :
    Plaintiffs  :
      :
      :
      :  CASE NO. 3:01CV1460 (RNC)
VS.  :
      :
      :
CITY OF BRIDGEPORT, ET AL.,  :  FEBRUARY 27,  2004
    Defendants

## MOTION FOR PERMISSION TO FILE BRIEF IN EXCESS OF 40 PAGES

Pursuant to Rule 7(a)2 of the Local Rules of Civil Procedure, the plaintiffs in

the above-captioned matter hereby respectfully request that the Court grant them

permission to file a Memorandum of Law in excess of 40 pages in connection with

the above-captioned matter.

THE PLAINTIFFS

BY:_____
    Susan King Shaw
    KING AND SHAW, LLC
    94 Prospect Street
    New Haven, CT 06511
    (203) 784-0329
    skshaw@kingandshaw.com
    Federal Bar No. 00413

FILED

2004 MAR 11  A 8: 32

U.S. DISTRICT COURT
HARTFORD, CT.

2004 FEB 27  P 4: 38

DISTRICT COURT
HARTFORD CT

3/10/04  Granted, to wheed.