UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CATHERINE SANTOSSIO, ET AL.<br>Plaintiffs | : | |
| | : | |
| (RNC)<br>VS. | : | CASE NO. 3:01CV1460 |
| | : | |
| CITY OF BRIDGEPORT, ET AL.,<br>Defendants | : | FEBRUARY 27, 2004 |

**PLAINTIFFS' EXHIBITS**

**HARDCOPY**