UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CATHERINE SANTOSSIO, ET AL., | : |
| | : |
| v. | : CASE NO. 3:01CV1460 (RNC) |
| | : |
| CITY OF BRIDGEPORT, ET AL., | : |

## JUDGMENT

This action having come on for consideration of defendants' City of Bridgeport, Robert Studivant, Arthur Carter, Thomas Sweeney, and Hector Torres motion for summary judgment before the Honorable Robert N. Chatigny, United States District Judge, and

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling and order granting the motion, and further

The Court having dismissed counts one and two of the complaint with prejudice, and further

The Court having declined to exercise supplemental jurisdiction as to the only remaining claims against defendant Otero in counts three and four, which were dismissed without prejudice to refiling in state court, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 30th day of September 2004.

KEVIN F. ROWE, Clerk

By _____/s/lik_____
Linda I. Kunofsky
Deputy Clerk

EOD _____