UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CATHERINE SANTOSSIO, ET AL
    Plaintiffs  :  No. 3:01-CV-1460 (RNC)

vs.  :

  :  USCA: 04-5778-cv

CITY OF BRIDGEPORT, ET AL  :
    Defendants  :  JANUARY 18, 2005



### INDEX TO THE RECORD ON APPEAL

| DATE FILED: | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 8/3/01 | 1 | Complaint | 1 |
| 11/19/01 | 8 | Answer and Special Defenses | 2 |
| 11/4/03 | 46 | Motion for Summary Judgment | 3 |
| 11/4/03 | 47 | Local Rule 56(1)(a) Statement | 4 |
| 11/18/03 | 49 | Brief in Support of Motion For Summary Judgment and Exhibits | 5 |
| 2/27/04 | 58 | Local 56(1)(2) Statement | 6 |

| DATE FILED: | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 3/11/04 | 62 | Memorandum in Opposition to Motion For Summary Judgment | 7 |
| 9/28/04 | 63 | Ruling and Order | 8 |
| 9/30/04 | 64 | Judgment | 9 |
| 10/29/04 | 65 | Notice of Appeal | 10 |

THE APPELLANT

BY: _____
Susan King Shaw
KING AND SHAW, LLC
94 Prospect Street
New Haven, CT 06511
Fed. Bar No. CT 00418
Tel # 203-784-0329
email: skshaw@kingandshaw.com