Nhct
FILED

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

UNITED STATES COURT OF APPEALS
FILED
MAR 1 6 2005
SECOND CIRCUIT

CATHERINE SANTOSSIO, ET AL
Appellants

vs.

CITY OF BRIDGEPORT, ET AL
Appellees

2005 MAR 28 A 10: 06
U.S. DISTRICT COURT
NEW HAVEN, CT

No. 3:01-CV-1460 (RNC)

USCA: 04-5778-CV

MARCH 11, 2005

## STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration before the Court. Such withdrawal shall be without prejudice to a reactivation of the appeal by appellant's counsel so notifying this Court a filing written notice or reactivation with the Clerk of this Court on or before May 31, 2005.

If not thus reactivated, the appeal shall be deemed withdrawn with prejudice and without costs or attorneys fees incurred to date. See Hertzner v. Henderson, 292 F.3d. 302 (2d. Cir. 2002).

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under Rule 42(b) of the Federal Rules of Appellate Procedure.

THE APPELLANT

BY: *[signature]*
Susan King Shaw
KING AND SHAW, LLC
94 Prospect Street
New Haven, CT 06511
Fed. Bar No. CT 00418
Tel # 203-784-0329
email: skshaw@kingandshaw.com

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]*
DEPUTY CLERK

CERTIFIED: 3/17/05

THE APPELLEE

_____
John R. Mitola
Office of the City Attorney
City of Bridgeport
999 Broad Street, Second Floor
Bridgeport, CT 06604
Fed Bar No.
Tel # (203) 576-7647
Email:

SO ORDERED.

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Dated: March 16, 2005