UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CATHERINE SANTOSSIO, ET AL
    Appellants

vs.

CITY OF BRIDGEPORT, ET AL
    Appellees

No. 3:01-CV-1460 (RNC)

USCA: 04-5778-CV

May 31, 2005

## NOTICE OF REACTIVATION OF APPEAL

The undersigned counsel for the appellants hereby respectfully requests that the above-captioned appeal be reactivated in accordance with the provisions of the parties' Stipulation Withdrawing Appeal From Active Consideration without Prejudice, With Leave to Reactivate, dated March 11, 2005.

THE APPELLANT

BY: _____
Susan King Shaw
KING AND SHAW, LLC
94 Prospect Street
New Haven, CT 06511
Fed. Bar No. CT 00418
Tel # 203-784-0329
email: skshaw@kingandshaw.com

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED: 8/19/05